Joshua L. SCRUGGS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 101221

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: January 13, 2015

Andrew E. Zleit, Assistant Public Defender, 1010 Market Street, Ste. 1100, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Andrew C. Hooper, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO, for Respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

## *ORDER*

PER CURIAM.

Joshua L. Scruggs appeals the judgment denying his Rule 29.15 motion for postconviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memoran-

dum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).